# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HAYLIE SPRINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-cv-00162-TCK-CDL |
| | ) |
| TULSACK, LLC, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Haylie Springer, and Defendant, TULSACK, LLC, hereby stipulate and agree to dismiss with prejudice all claims asserted or that could have been asserted by Plaintiff in this action. Each party agrees and stipulates to bear its own costs and attorney's fees. This dismissal disposes of all remaining claims in this matter.

Respectfully submitted,

/s/ Mark Smith
Mark A. Smith, OBA No. 31231
Caruso & Smith, PLLC
P.O. Box 52186
Tulsa, Oklahoma 74152-0186
(918) 583-5900 (Office)
(918) 583-5902 (Fax)
mark.smith@smithlegalok.com

Daniel E. Smolen, OBA #19943
Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667

(918) 585-2669 Fax
danielsmolen@ssrok.com
*Attorneys for Plaintiff*

*-AND-*

Allen L. Hutson, OBA #30118
Jaycee M. Booth, OBA #34432
CROWE & DUNLEVY
A Professional Corporation Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
allen.hutson@crowedunlevy.com
jaycee.booth@crowedunlevy.com

Faith C. Whittaker, Admitted Pro Hac Vice
Ohio Bar # 82486
Dinsmore & Shohl LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
(513) 977-8491
(513) 977-8141 (facsimile)
Faith.Whittaker@dinsmore.com
ATTORNEYS FOR DEFENDANT TULSACK, LLC

## CERTIFICATE OF SERVICE

I certify that on February 19, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel registered to receive said notice in this matter.

/s/Mark A. Smith